### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**THE GREEN PET SHOP
ENTERPRISES, LLC,**

      Plaintiff

                                **Civil Action No.:**

v.

**1616 HOLDINGS, INC. d/b/a**         **JURY TRIAL DEMANDED**
**FIVE BELOW,**

      Defendant.

_____

### COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff The Green Pet Shop Enterprises, LLC ("Green Pet" or "Plaintiff") complains against 1616 Holdings, Inc. d/b/a Five Below ("Five Below" or "Defendant") as follows:

### NATURE OF THE ACTION

1.    This is a civil action for infringement of United States Patent Nos. 8,720,218 ("218 patent") and 11,375,685 ("685 patent").

### THE PARTIES

2.    Plaintiff Green Pet is an Illinois limited liability company having a place of business at 770 Lake-Cook Rd., Suite 120, Deerfield, Illinois 60015. Green Pet manufactures and brings to market high quality, unique, and eco-friendly pet products.

3.     On information and belief, Defendant Five Below is a domestic business corporation having a principal place of business located at 701 Market Street, Suite 200, Philadelphia, PA 19106.

## JURISDICTION

4.     This action arises under the patent laws of the United States, *e.g.*, 35 U.S.C. §§ 1 et seq., 271, 281, 283-285. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

## VENUE

5.     Venue is proper in this Court under 28 U.S.C. §1400(b) because Five Below has its corporate office located in the State of Pennsylvania.

## FACTUAL BACKGROUND

### A.  Patents In Suit

6.     The 218 patent is called "Pressure Activated Recharging Cooling Platform" and relates to cooling platforms for a variety of uses, including for pets. The inventor of the 218 patent is Gerard E. Prendergast. The 218 patent was filed on April 14, 2010. On May 13, 2014, the United States Patent and Trademark Office issued the 218 patent.

7.     The 218 patent was assigned to Green Pet on February 9, 2012. Green Pet is the lawful owner by assignment of all rights, title and interest in and to the 218 patent and possesses all rights of recovery under the 218 patent,

and has standing to sue for infringement of the Green Pet Patent. A true and correct copy of the 218 patent is attached hereto as Exhibit 1.

8.    The 218 patent is valid and enforceable.

9.    The 685 patent is called "Pressure Activated Recharging Cooling Platform" and relates to cooling platforms for a variety of uses, including for pets. The inventor of the 685 patent is Gerard E. Prendergast. The 685 patent is a continuation of the 218 patent and was filed on December 2, 2021. On July 5, 2022, the United States Patent and Trademark Office issued the 685 patent.

10.    Green Pet is the lawful owner by assignment of all rights, title and interest in and to the 685 patent and possesses all rights of recovery under the 685 patent, and has standing to sue for infringement of the Green Pet Patent. A true and correct copy of the 685 patent is attached hereto as Exhibit 2.

11.    The 685 patent is valid and enforceable.

**B. Accused Product**

12.    Five Below makes, imports into the United States, offers for sale, sells, and/or uses in the United States pet products, including, without limitation, a pet bed called "Pet Cooling Mat" ("Accused Product") attached as Exhibit 3.

13.    The Accused Product is covered by at least claim 15 of the 218 patent and by claim 1 of the 685 patent.

14.    On June 23, 2023, Green Pet sent a letter to Five Below informing it of

its infringement of the '218 and '685 patents and asking for a response. Five Below did not respond to that demand letter but directed Green Pet to the supplier of the accused product.

15.     Further investigation showed that the supplier to which Five Below directed Green Pet was actually not the supplier of the accused product.

16.     Although Green Pet alerted Five Below to its mistake, Green Pet has not received any other response from Five Below.

### C. Infringement

17.     As an example of Five Below's infringing behavior, here is claim 1 of the 685 patent:

*A cooling platform comprising:*

*a temperature regulation layer comprising a cooling composition that absorbs heat when activated and releases heat when deactivated,*

*wherein the cooling composition undergoes an endothermic reaction when activated,*

*wherein the endothermic reaction is activated at least partially by an application of pressure, and*

*wherein the cooling platform is repeatedly activatable and deactivatable.*

18.     The 685 patent claims a cooling platform comprising a temperature regulation layer. The Accused Product has a layer that regulates temperature between the gel inside that layer and an object outside that layer.

19.     The 685 patent temperature regulation layer is comprised of a cooling

composition that absorbs heat when activated and releases heat when deactivated. The Accused Product is pressure activated.

20.    The 685 patent claims that the cooling platform is repeatedly activatable and deactivatable. The heat that has been absorbed by the pet lying on your mat must dissipate when the pet removes itself from the mat. The process of the Accused Product is likewise repeatable.

21.    As the Accused Product satisfies all the elements of at least claim 1 of the '685 patent, it infringes on at least one claim of one of Green Pet's patents.

### C. Green Pet Commercial Embodiment

22.    Green Pet sells a product called "Cool Pet Pad."  The Cool Pet Pad is covered by the 218 and 685 patents. Green Pet began marking its Cool Pet Pad products with relevant patent numbers no later than 2014.

### COUNT I
### (INFRINGEMENT OF U.S. PATENT NO. 8,720,218)

23.    Green Pet incorporates each of the preceding paragraphs as if fully set forth herein.

24.    Five Below has been and is now infringing, directly and indirectly by way of inducement and/or contributory infringement, literally and/or under the  doctrine of equivalence, the 218 patent in this District and elsewhere by making, using, offering  for sale, importing, and/or selling products that fall

within the scope of at least one claim of the 218 patent without license or authorization. Such acts constitute infringement under at least 35 U.S.C. § 271 (a), (b) and (c).

25.    Five Below has been aware of the 218 patent since at least approximately July 17, 2012, when the 218 patent was first published by the United States Patent and Trademark Office.

26.    As a direct and proximate consequence of the infringement, Green Pet has been, is being and, unless such acts and practices are enjoined by the Court, will continue to be injured in its business and property rights, and has suffered, is suffering, and will continue to suffer injury and damages for which it is entitled to relief under 35 U.S.C. § 284 adequate to compensate for such infringement, but in no event less than a reasonable royalty.

27.    Green Pet is entitled to recover from Five Below the damages sustained by Green Pet as a result of Five Below's wrongful acts in an amount subject to proof at trial.

## COUNT II
### (INFRINGEMENT OF U.S. PATENT NO. 11,375,685)

28.    Green Pet incorporates each of the preceding paragraphs as if fully set forth herein.

29.    Five Below has been and is now infringing, directly and indirectly

by way of inducement and/or contributory infringement, literally and/or under the doctrine of equivalence, the 685 patent in this District and elsewhere by making, using, offering for sale, importing, and/or selling products that fall within the scope of at least one claim of the 685 patent without license or authorization. Such acts constitute infringement under at least 35 U.S.C. § 271 (a), (b) and (c).

30.    Five Below has been aware of the 685 patent since at least approximately June 16, 2022, when the 685 patent was first published by the United States Patent and Trademark Office.

31.    As a direct and proximate consequence of the infringement, Green Pet has been, is being and, unless such acts and practices are enjoined by the Court, will continue to be injured in its business and property rights, and has suffered, is suffering, and will continue to suffer injury and damages for which it is entitled to relief under 35 U.S.C. § 284 adequate to compensate for such infringement, but in no event less than a reasonable royalty.

32.    Green Pet is entitled to recover from Five Below the damages sustained by Green Pet as a result of Five Below's wrongful acts in an amount subject to proof at trial.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Green Pet asks this Court to enter judgment against

Five Below and against its respective subsidiaries, affiliates, agents, servants, employees and all persons in active concert or participation with them, granting the following relief:

A.    An adjudication that Five Below has infringed one or more of the claims of the 218 and 685 patents.

B.    The ascertainment of and award to Green Pet of actual damages from the infringement of one or more claims of the 218 and 685 patents, together with prejudgment and post-judgment interest pursuant to 35 U.S.C. § 284.

C.    A finding that this case is exceptional and the award of reasonable attorneys' fees, costs, and expenses in this action to Green Pet, pursuant to 35 U.S.C. § 285.

D.    The issuance of a preliminary and/or permanent injunction prohibiting further infringement, inducement and contributory infringement of the Green Pet Patent pursuant to 35 U.S.C. § 283.

E.    An order requiring that Five Below account for all gains, profits, and advantages derived by its infringement of the 218 and 685 patents in violation of 35 U.S.C. § 271 and that Five Below pay to Green Pet all damages suffered by Green Pet.

F.    Such other and further relief as this Court or a jury may deem proper and just.


## **JURY DEMAND**

Green Pet demands a trial by jury on all issues so triable.

FREEMANN LAW OFFICES

A PROFESSIONAL CORPOATION

s/ Scott Bennett Freemann

_____

By: Scott Bennett Freemann, Esq.
Attorney ID No. 82030
201 King of Prussia Road, Suite 650
Radnor, PA 19087
(215) 564-7400 (Telephone)
(215) 564-7406 (Facsimile)
sbf@freemannlaw.com

**EVIA LAW PLC**
Steven Susser, Esq. (to seek Pro Hac Vice admittance)
32400 Telegraph Road, Suite 103
Bingham Farms, MI 48025
(248) 232-0013 (Telephone)
Email: steven@evialaw.com

*Dated: January 2, 2025    Attorneys for Green Pet Shop Enterprises LLC*

# EXHIBIT 1

US008720218B2

(12) **United States Patent**
Prendergast

(10) **Patent No.:**     **US 8,720,218 B2**
(45) **Date of Patent:**     **May 13, 2014**

(54) **PRESSURE ACTIVATED RECHARGING COOLING PLATFORM**

(75) Inventor: **Gerard E. Prendergast**, Chicago, IL (US)

(73) Assignee: **The Green Pet Shop Enterprises, LLC**, Northbrook, IL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1064 days.

(21) Appl. No.: **12/760,045**

(22) Filed: **Apr. 14, 2010**

(65) **Prior Publication Data**

US 2011/0252822 A1     Oct. 20, 2011

(51) **Int. Cl.**
*F25D 23/12*     (2006.01)
*F25D 3/08*     (2006.01)
*F25D 3/10*     (2006.01)

(52) **U.S. Cl.**
USPC ............................. **62/259.3**; 62/529; 62/457.2

(58) **Field of Classification Search**
USPC ........................ 62/259.3, 457.2, 529
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 4,064,835 | A | * | 12/1977 | Rabenbauer | 119/28.5 |
| 4,311,022 | A | * | 1/1982 | Hall | 62/457.2 |
| 4,821,354 | A | * | 4/1989 | Little | 5/422 |
| D379,730 | S | * | 6/1997 | Dickman | D6/608 |
| 5,991,948 | A | * | 11/1999 | Stanley et al. | 5/709 |
| 6,132,455 | A | * | 10/2000 | Shang | 607/108 |
| 6,210,427 | B1 | * | 4/2001 | Augustine et al. | 607/96 |
| 6,708,646 | B1 | * | 3/2004 | Wang | 119/28.5 |
| 7,021,848 | B1 | * | 4/2006 | Gruenbacher et al. | 401/1 |
| 7,028,344 | B2 | * | 4/2006 | Toth | 2/413 |
| 7,036,162 | B1 | * | 5/2006 | Gatten | 5/421 |
| 8,011,194 | B2 | * | 9/2011 | Dimmitt | 62/115 |
| 2009/0084320 | A1 | * | 4/2009 | Reusche et al. | 119/28.5 |

OTHER PUBLICATIONS

Omidian et al., Sep. 15, 2006, Macromolecular Bioscience, vol. 6, issue 9, 703-710.*

* cited by examiner

*Primary Examiner* — Allen Flanigan
*Assistant Examiner* — Filip Zec
(74) *Attorney, Agent, or Firm* — Musick Peeler, LLP; Reid Dammann

(57)     **ABSTRACT**

A cooling platform for cooling an object is provided. The cooling platform comprises a temperature regulation, a support layer, and a channeled covering layer. The temperature regulation layer is adapted to hold a composition. The temperature regulation layer has a plurality of angled segments, wherein angled segments within a sealed perimeter of the temperature regulation layer are formed by a top side and a bottom side at a predefined distance, and channels, wherein the channels substantially form sides by contacting the top side with the bottom side at a distance lesser than the predefined distance. The support layer is substantially bonded to the bottom side of the temperature regulation layer and is comprised of material sufficiently pliable to deform and sufficiently rigid to withstand collapse in response to the weight of the object. The channeled covering layer encompasses the support and temperature regulation layers.

**20 Claims, 7 Drawing Sheets**





100

150



Fig. 1



110

130

120

130

Fig. 2

100



Fig. 3



Fig. 4



150

Fig. 5



110B     150     110     115

140

Fig. 6



150     120     110A

110B

140

Fig. 7



Fig. 8

Fig. 9



Fig. 10

Fig. 11



Fig. 12

Fig. 13

US 8,720,218 B2

**1**

## PRESSURE ACTIVATED RECHARGING COOLING PLATFORM

### BACKGROUND

1) Field of the Invention

The invention relates to temperature controlled platforms, particularly, cooling platforms for animals.

2) Discussion of the Related Art

Pet beds serve as a place to rest or sleep, for pets such as cats and dogs. Many times, depending on the application, these pet beds are directed towards cooling or heating pets. These beds can be used during post-surgery recovery, dysplasia, or post-chemotherapy. Generally, these pet beds aid in the comfort and safety of the pet.

Many pet beds are known to have cooling mechanisms. Some pet beds provide a centralized cooling plate with no mechanism to circulate. These pet beds are electrically connected to a power source. Power sources often times fail, negating the "portable" aspect of a product. Further, such systems require heavy and complex equipment, and are not typically portable or user friendly.

There are other pet beds available which use alternative or "non-electric" means to cool a pet. These pet beds generally use ice packs. However, these ice packs eventually melt and need to be replaced. Accordingly, it is desirable to provide an improved cooling bed for pets.

### BRIEF DESCRIPTION OF THE DRAWINGS

The invention is described by way of example with reference to the accompanying drawings wherein:

FIG. **1** illustrates a top angled perspective of a cooling platform.

FIG. **2** illustrates a top view of a temperature regulation layer of the cooling platform.

FIG. **3** illustrates a cross-sectional view of the cooling platform.

FIG. **4** illustrates a detailed cross-sectional view of the cooling platform.

FIG. **5** illustrates a cross-sectional view of a channeled covering layer of the cooling platform.

FIG. **6** illustrates a detailed cross-sectional view of an alternative embodiment of the cooling platform.

FIG. **7** illustrates a detailed cross-sectional view of the alternative embodiment of the cooling platform.

FIG. **8** illustrates a top angled perspective of an alternative embodiment of the cooling platform.

FIG. **9** illustrates a cross-sectional perspective of the alternative embodiment of the cooling platform.

FIG. **10** illustrates a cross-sectional perspective of an alternative embodiment of the cooling platform.

FIG. **11** illustrates a detailed cross-sectional view of the alternative embodiment of the cooling platform.

FIG. **12** illustrates a cross-sectional perspective of an alternative embodiment of the cooling platform.

FIG. **13** illustrates a detailed cross-sectional view of the alternative embodiment of the cooling platform.

### DETAILED DESCRIPTION OF THE INVENTION

The present invention is now described with reference to figures where like reference numbers indicate identical or functionally similar elements. While specific configurations and arrangements are discussed, it should be understood that this is done for illustrative purposes only. A person skilled in

**2**

the relevant art will recognize that other configurations and arrangements can be used without departing form the spirit and scope of the invention.

The invention described herein is multilayered. Each layer, in an embodiment, is bonded to the next layer in some fashion, in that, each layer is comprised of a first and a second side and is bonded to the respective side accordingly. As such, the term "bonded" refers to the joining, adhering, affixing, connecting, attaching, threading or the like, through chemical, mechanical or electrical avenues, of at least two elements of a cooling platform, such that the elements tend to be and remain bonded during normal use conditions of the cooling platform.

FIG. **1** illustrates a cooling platform **100**. The cooling platform **100** is comprised of a temperature regulation layer **110** (illustrated in FIG. **2**), a support layer **140** (illustrated in FIG. **3**), and a channeled covering layer **150**.

FIG. **2** illustrates the temperature regulation layer **110** in more detail. The temperature regulation layer **110** is adapted to hold a composition **110**A (illustrated in FIG. **3**) and provides temperature regulation to the cooling platform **100**. The temperature regulation layer **110** has an angled segment **120**, which includes a top side and a bottom side (illustrated FIG. **8** and FIG. **9**). The angled segment **120** is formed by channels **130** and includes a sealed perimeter.

In an embodiment, and as illustrated in FIG. **2**, the temperature regulation layer **110** includes a plurality of angled segments **120** formed by a plurality of channels **130**. The channels **130** effectively space the top and bottom sides of each angled segment **120** at a predefined distance. In an embodiment, the predefined distance can equal zero, thus completely forming each angled segment **120** and cutting off any interconnection or communication therein.

In another embodiment, that predefined distance can be measured depending on the object using the cooling platform **100**. In this embodiment, the predefined distance allows for interconnection between the angled segments **120** of the composition **110**A (including pressure portions **110**B as seen in FIG. **6** and FIG. **7**). In this embodiment, the interconnection would apply to those angled segments **120** within the perimeter of the temperature regulation layer **110**, as the perimeter is sealed.

The cooling platform **100** is adapted to provide cooling to a wide variety of objects. As used herein, the term "object" can mean a variety of things including but not limited to domestic animals, such as cats and dogs. The use of the cooling platform **100** can extend to human use in vehicles or similar circumstances calling for such regulation. Generally, the cooling platform **100** can be used for anything that needs or requires either heat, cool or temperature regulation.

FIG. **3** and FIG. **4** illustrate a cross-section of the cooling platform **100**, which includes the support layer **140**. The support layer **140** is substantially bonded to the bottom side of the temperature regulation layer **110**. The support layer **140** comprised of material sufficiently pliable to deform and sufficiently rigid to withstand collapse in response to the weight of the object.

In an embodiment, the support layer **140** can be made from polyurethane foam, elastomer foam, memory foam, or other suitable material. In another embodiment, the support layer **140** is made of an orthopedic foam, of a consistency designed to protect joints and provide appropriate support to the skeletal system.

In an embodiment, the support layer **140** can include soft, pliable, and removable stuffing material to provide cushioning, allowing a user to establish the firmness or softness desired. Such material can include synthetic pillow stuffing such as polyester filling, or can include feathers such as goose

US 8,720,218 B2

3

or duck down. As a further embodiment, the support layer **140** can include a combination of dense foam and softer pillow stuffing. It is contemplated that different types of cushioning can be utilized for different types, sizes, and weight of objects.

FIG. **3** and FIG. **4** further illustrate the composition **110**A within the temperature regulation layer **110**. The composition **110**A serves to control the temperature of the cooling platform **100**. The cooling platform **100** can handle a range of different temperatures depending on the object in use. This can mean that the composition **110**A can encompass a variety of cooling and heating compounds.

In an embodiment, the composition **110**A can be activated by a wide variety of means, e.g. the addition of water. In this embodiment, the composition **110**A can include ammonium nitrate and distilled water.

In another embodiment, the composition **110**A can be activated by pressure, wherein the pressure of a subject sitting on the cooling platform **100** activates the composition **110**A, triggering an endothermic process and subsequent cooling. Upon the release of that pressure, the composition **110**A undergoes a subsequent recharge, essentially the reverse of the initial reaction. The above is consistent with Le Chatelier's principle, in that, the reaction reverses upon the application or absence of pressure. In this embodiment, the composition **110**A is comprised of: thirty percent carboxymethyl cellulose; twenty percent water; thirty-five percent polyacrylamide; and at least fifteen percent alginic acid. The aforementioned composition **110**A also provides a cooling effect for an increased duration over other known compositions.

FIG. **5** illustrates a cross-section of the channeled covering layer **150**. The channeled covering layer **150** can encompass both the support **140** and temperature regulation layers **110**. The channeled covering layer **150** can comprise a piece of fabric or netting, which can include, but is not limited to, plastic, nylon or cloth netting, or a micro-fiber material with a waterproof layer.

The fabric or netting can allow circulated air to penetrate and escape to the surface, effectuating the cooling process. The fabric or netting can be air tight or resistant to air penetration, to provide indirect cooling. In another embodiment, the channeled covering layer **150** can be made of a firm material, such as plastic, which retains its shape when sat upon by an object. Additionally, the channeled covering layer **150** can include padding to provide a comfortable seating surface.

In an embodiment, the channeled covering layer **150** can be easily removed via a bottom and/or zipper or any other similar means attached thereto. The channeled covering layer **150** can be made of material such that it can be easily replaced with a different top portion made of another material (and/or having different thickness) as desired. Further, in an embodiment, the channeled covering layer **150** can contain antibacterial, stain resistant, chew resistant, and/or anti flea materials.

FIG. **6** and FIG. **7** illustrate an alternative embodiment of the invention. In this embodiment, the temperature regulation layer **110** includes a pressure portion **110**B. The pressure portion **110**B allows for the ability to increase or decrease the firmness of the temperature regulation layer **110** and thus the cooling platform **100** by the addition of gases such as oxygen. This feature can be predetermined or varied as set forth below.

In an embodiment, the pressure portion **110**B can include a means for inflating or deflating **115** the pressure portion **110**B and the temperature regulation layer **110**. The means for inflating and deflating **115** can include a variety of structures designed for air intake and out take. Often, the structures

4

involved in such means include a protruding valve stem and a cap. The valve stem can be connected or coupled with a threaded portion for attachment to a mechanical or electrical pump, or can be comprised of a plastic valve allowing for human pressure inflation.

In an embodiment, the means for inflating or deflating can interconnect the pressure portions **110**B held within the plurality of angled segments **120**. In another embodiment, each pressure portion **110**B can be provided for individually within each angled segment **120** at either a fixed pressure or established using the above mentioned interconnected means.

FIG. **8** and FIG. **9** illustrate an alternative embodiment of the invention. In this embodiment, the temperature regulation layer **110** is adapted to hold a composition **110**A in a single angled segment **120**. Therefore, the temperature regulation layer **110** becomes the single angled segment **120**. The perimeter of the angled segment **120**, which includes a top side and a bottom side, is sealed preventing the composition **110**A from leaking.

FIGS. **10** and **11** illustrate another alternative embodiment of the invention. In this particular embodiment, the temperature regulation layer **110**/**120** is adapted to hold the composition **110**A. In this embodiment, the temperature regulation layer **110**/**120** has an angled segment **120** formed as described herein. However, this embodiment does not include the channeled covering layer **150** as well as support layer **140**.

FIGS. **12** and **13** illustrate another embodiment of the invention. In this embodiment, the temperature regulation layer **110** adapted to hold the composition **110**A, has a plurality of angled segments **120**. And as already described herein, the angled segments **120** are formed by a top side and a bottom side at a predefined distance, and by channels **130**. In an embodiment, the channels **130** may completely segment the plurality of angled segments **120**.

As mentioned in conjunction with the channeled covering layer **150**, the temperature regulation layer **110** may be comprised of similar materials making up the channeled covering layer **150**. The temperature regulation layer **110**, in an embodiment, may also be plastic or of similar material, and in another embodiment be such that the composition **110**A is viewable through clear material.

In use, the cooling platform **100** is able to regulate the temperate of an object. The object contacts the channeled covering layer **150** exerting pressure over the cooling platform **100**. The support layer **140** is designed to be sufficiently pliable to deform and sufficiently rigid to withstand collapse in response to the weight of the object. As stated herein, the support layer **140** can be comprised of a wide variety of components.

Depending on the composition **110**A used, the temperature regulation layer **110** transfers heat from the object. In further effectuating heat transfer, the channels **130** have at least two advantages. First, the channels **130** are designed to mix air with the cooling process between the object and the channeled covering layer **150**. Second, the channels **130** substantially prevent or minimize the composition **110**A from being pushed out of the angled segment **120**. Obviously, in other embodiments presented herein, the angled segments **120** can be completely segmented, fully preventing such an issue. The channeled covering layer **150** also aids in effectuating heat transfer from the object by its composition of channels. Of course, the degree of such aid depends in large part on the type of material used with the cooling platform **100**.

In adjusting to accommodate the object, the pressure portions **110**B are used. As stated above, the pressure portions **110**B can be individual and predetermined or variable and interconnected. Thus, the interconnected pressure portions

5

110B can be varied through the means for inflating and deflating **115**. Also, as stated herein, the channeled covering layer **150** can provide a degree of comfort and firmness depending on the material used, lending to the overall versatility of the cooling platform **100**.

The invention contains a large amount of advantages. An advantage of the invention is the composition **110**A. The composition **110**A is able to be re-used without the need for electricity, refrigeration, additional treatments, or extraneous equipment. The advantage stems from the components within the composition **110**A, which effectively keep a temperature of 3-4 degrees Fahrenheit lower than body temperature. This particular composition **110**A is able to recharge after the alleviation of pressure (after the object moves). This particular advantage further allows for low-cost and eco-friendly solutions to temperature regulating and aids in the "mobility" aspect of the invention by not requiring input from other sources and by virtue of being a non-toxic substance.

Another advantage of the invention is the unique design. The design enhances and optimizes the cooling performance. The channels **130** allow for a mixture of air flow between the object and the cooling platform **100**, effectively cooling the object at a quicker rate. Furthermore, the presence of the predefined distance from the top and bottom of the angled segment **120**, essentially prevents the dispersion of the composition **110**A from the pressure the object exerts on the cooling platform **100**. The overall effect increases the rate of cooling on the targeted object.

Another advantage of the invention is the interconnected pressure portions **110**B. The pressure portions **110**B provide the ability to increase or decrease the overall pressure of the cooling platform **100**. This feature is particularly advantageous given the large variation in object weight.

While certain exemplary embodiments have been described and shown in the accompanying drawings, it is to be understood that such embodiments are merely illustrative and not restrictive of the current invention, and that this invention is not restricted to the specific constructions and arrangements shown and described since modification can occur to those ordinarily skilled in the art.

What is claimed:

**1**. A cooling platform for cooling an object, the platform comprising:

a temperature regulation layer, the temperature regulation layer having a plurality of angled segments, wherein angled segments within a sealed perimeter of the temperature regulation layer are formed by a top side and a bottom side at a predefined distance, and channels, wherein the channels substantially form sides by contacting the top side with the bottom side at a distance lesser than the predefined distance;

a pressure activated recharging cooling composition within the temperature regulation layer, the pressure activated recharging cooling composition endothermically activated and endothermically deactivated upon the application and release of pressure, respectively;

a support layer substantially bonded to the bottom side of the temperature regulation layer, the support layer comprised of an elastic material capable of deforming and withstanding collapse; and

a channeled covering layer encompassing the support and temperature regulation layers.

**2**. The cooling platform of claim **1** wherein the plurality of angled segments include a pressure portion.

**3**. The cooling platform of claim **2** wherein the pressure portions are interconnected.

6

**4**. The cooling platform of claim **3** wherein the pressure portions include a means for inflating and deflating.

**5**. The cooling platform of claim **4** wherein the pressure activated recharging cooling composition is comprised of:

thirty percent carboxmethyl cellulose;

twenty percent water;

thirty-five percent polyacrylamide; and

fifteen percent alginic acid.

**6**. The cooling platform of claim **1** wherein the support layer is comprised of memory foam.

**7**. The cooling platform of claim **1** wherein the channeled covering layer comprises a piece of fabric or net covering.

**8**. The cooling platform of claim **1** wherein the angled segments within the sealed perimeter are sealed.

**9**. A cooling platform for cooling an object, the platform comprising:

a temperature regulation layer, the temperature regulation layer having an angled segment formed by a top side and a bottom side at a predefined distance, and channels, wherein the channels form sides by contacting the top side with the bottom side;

a pressure activated recharging cooling composition within the temperature regulation layer, the pressure activated recharging cooling composition endothermically activated and endothermically deactivated upon the application and release of pressure, respectively;

a support layer substantially bonded to the bottom side of the temperature regulation layer, the support layer comprised of an elastic material capable of deforming and withstanding collapse; and

a channeled covering layer encompassing the support and temperature regulation layers.

**10**. The cooling platform of claim **9** wherein the pressure activated recharging cooling composition is comprised of:

thirty percent carboxmethyl cellulose;

twenty percent water;

thirty-five percent polyacrylamide; and

fifteen percent alginic acid.

**11**. The cooling platform of claim **9** wherein the temperature regulation layer includes a pressure portion within the angled segment.

**12**. The cooling platform of claim **11** wherein the pressure portion include a means for inflating and deflating.

**13**. A cooling platform for cooling an object, the platform comprising:

a temperature regulation layer, the temperature regulation layer having an angled segment formed by a top side and a bottom side at a predefined distance, and channels, wherein the channels form sides by contacting the top side with the bottom side; and

a pressure activated recharging cooling composition within the temperature regulation layer, the pressure activated recharging composition endothermically activated and endothermically deactivated upon the application and release of pressure, respectively, wherein the composition is within the temperature regulation layer comprised of thirty percent carboxmethyl cellulose; twenty percent water; thirty-five percent polyacrylamide; and fifteen percent alginic acid.

**14**. A cooling platform for cooling an object, the platform comprising:

a temperature regulation layer, the temperature regulation layer having a plurality of angled segments, wherein angled segments within a sealed perimeter of the temperature regulation layer are formed by a top side and a bottom side at a predefined distance, and channels, wherein the channels substantially form sides by con-

7

tacting the top side with the bottom side at a distance lesser than the predefined distance; and

a pressure activated recharging cooling composition within the temperature regulation layer, the pressure activated recharging composition endothermically activated and endothermically deactivated upon the application and release of pressure, respectively, wherein the composition is within the temperature regulation layer comprised of thirty percent carboxmethyl cellulose; twenty percent water; thirty-five percent polyacrylamide; and fifteen percent alginic acid.

**15**. A cooling platform for cooling an object, the platform comprising:

a temperature regulation layer, the temperature regulation layer having an angled segment formed by a top side and a bottom side at a predefined distance, and channels, wherein the channels form sides by contacting the top side with the bottom side; and

a pressure activated recharging cooling composition within the temperature regulation layer, the pressure activated recharging cooling composition endothermically activated and endothermically deactivated upon the application and release of pressure, respectively.

**16**. A cooling platform for cooling an object, the platform comprising:

a temperature regulation layer, the temperature regulation layer having a plurality of angled segments, wherein angled segments within a sealed perimeter of the temperature regulation layer are formed by a top side and a bottom side at a predefined distance, and channels, wherein the channels substantially form sides by contacting the top side with the bottom side at a distance lesser than the predefined distance; and

a pressure activated recharging cooling composition within the temperature regulation layer, the pressure activated recharging cooling composition endothermically activated and endothermically deactivated upon the application and release of pressure, respectively.

**17**. A cooling platform for cooling an object, the platform comprising:

a temperature regulation layer, the temperature regulation layer having a plurality of angled segments, wherein angled segments within a sealed perimeter of the temperature regulation layer are formed by a top side and a bottom side at a predefined distance, and channels, wherein the channels substantially form sides by contacting the top side with the bottom side at a distance lesser than the predefined distance;

a pressure activated recharging cooling composition within the temperature regulation layer, the pressure activated recharging cooling composition endothermically activated and endothermically deactivated upon the application and release of pressure, respectively, the pressure activated recharging cooling composition comprised of water and polyacrylamide;

a support layer substantially bonded to the bottom side of the temperature regulation layer, the support layer comprised of an elastic material capable of deforming and withstanding collapse; and

8

a channeled covering layer encompassing the support and temperature regulation layers.

**18**. A cooling platform for cooling an object, the platform comprising:

a temperature regulation layer, the temperature regulation layer having an angled segment formed by a top side and a bottom side at a predefined distance, and channels, wherein the channels form sides by contacting the top side with the bottom side; and

a pressure activated recharging cooling composition within the temperature regulation layer, the pressure activated recharging cooling composition endothermically activated and endothermically deactivated upon the application and release of pressure, respectively, the pressure activated recharging cooling composition comprised of water and polyacrylamide.

**19**. A cooling platform for cooling an object, the platform comprising:

a temperature regulation layer, the temperature regulation layer having a plurality of angled segments, wherein angled segments within a sealed perimeter of the temperature regulation layer are formed by a top side and a bottom side at a predefined distance, and channels, wherein the channels substantially form sides by contacting the top side with the bottom side at a distance lesser than the predefined distance; and

a pressure activated recharging cooling composition within the temperature regulation layer, the pressure activated recharging cooling composition endothermically activated and endothermically deactivated upon the application and release of pressure, respectively, the pressure activated recharging cooling composition comprised of water and polyacrylamide.

**20**. A method of manufacturing a cooling platform for cooling an object, the method comprising the steps of:

providing a temperature regulation layer, the temperature regulation layer having a plurality of angled segments, wherein angled segments within a sealed perimeter of the temperature regulation layer are formed by a top side and a bottom side at a predefined distance, and channels, wherein the channels substantially form sides by contacting the top side with the bottom side at a distance lesser than the predefined distance;

providing a pressure activated recharging cooling composition within the temperature regulation layer, the pressure activated recharging cooling composition endothermically activated and endothermically deactivated upon the application and release of pressure, respectively;

providing a support layer substantially bonded to the bottom side of the temperature regulation layer, the support layer comprised of an elastic material capable of deforming and withstanding collapse; and

providing a channeled covering layer encompassing the support and temperature regulation layers.

\* \* \* \* \*

# EXHIBIT 2

US011375685B1

(12) **United States Patent**
    Prendergast

(10) Patent No.: **US 11,375,685 B1**
(45) Date of Patent:        *Jul. 5, 2022

(54) **PRESSURE ACTIVATED RECHARGING COOLING PLATFORM**

(71) Applicant: **THE GREEN PET SHOP ENTERPRISES, LLC**, Deerfield, IL (US)

(72) Inventor: **Gerard Prendergast**, Chicago, IL (US)

(73) Assignee: **THE GREEN PET SHOP ENTERPRISES, LLC**, Deerfield, IL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **17/687,121**

(22) Filed: **Mar. 4, 2022**

**Related U.S. Application Data**

(63) Continuation of application No. 17/540,395, filed on Dec. 2, 2021, which is a continuation of application

(Continued)

(51) **Int. Cl.**
    *F25D 3/02*        (2006.01)
    *A01K 1/015*       (2006.01)
    *A01K 1/035*       (2006.01)

(52) **U.S. Cl.**
    CPC ..........  *A01K 1/0158* (2013.01); *A01K 1/0353* (2013.01); *F25D 3/02* (2013.01); *F25D 2303/08* (2013.01); *F25D 2303/085* (2013.01)

(58) **Field of Classification Search**
    CPC ......  A01K 1/0158; A01K 1/0353; F25D 3/02; F25D 2303/08; F25D 2303/085

(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,208,877 A | 9/1965 | Merry | |
| 4,064,835 A | 12/1977 | Rabenbauer | |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 1493644 A | 5/2004 |
| CN | 101305877 A | 11/2008 |

(Continued)

OTHER PUBLICATIONS

Inside Technogel—discover life made comfortable, 6 pages, https://us.technogelworld.com/the-gel/[Oct. 7, 2020 3:16:06 PM].

(Continued)

*Primary Examiner* — Filip Zec
(74) *Attorney, Agent, or Firm* — Carlson, Gaskey & Olds, P.C.

(57)        **ABSTRACT**

A pressure activated recharging cooling platform for cooling an object is provided. The cooling platform comprises a temperature regulation layer, a support layer, and a channeled covering layer. The temperature regulation layer is adapted to hold a composition. The temperature regulation layer has a plurality of angled segments, wherein angled segments within a sealed perimeter of the temperature regulation layer are formed by a top side and a bottom side at a predefined distance, and channels, wherein the channels substantially form sides by contacting the top side with the bottom side at a distance lesser than the predefined distance. The support layer is substantially bonded to the bottom side of the temperature regulation layer and is comprised of material sufficiently pliable to deform and sufficiently rigid to withstand collapse in response to the weight of the object. The channeled covering layer encompasses the support and temperature regulation layers.

**20 Claims, 7 Drawing Sheets**



## US 11,375,685 B1

Page 2

### Related U.S. Application Data

No. 15/850,700, filed on Dec. 21, 2017, now Pat. No. 11,219,191, which is a continuation of application No. 14/695,909, filed on Apr. 24, 2015, now abandoned, which is a continuation of application No. 14/226,393, filed on Mar. 26, 2014, now Pat. No. 9,226,474, which is a continuation of application No. 12/760,045, filed on Apr. 14, 2010, now Pat. No. 8,720,218.

(58) **Field of Classification Search**
USPC .......................... 62/457.1–457.7, 529, 259.3
See application file for complete search history.

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,242,104 | A | * | 12/1980 | Frost ........................ C10K 3/04 |
| | | | | 48/197 R |
| 4,422,194 | A | | 12/1983 | Viesturs et al. |
| 5,261,241 | A | | 11/1993 | Kitahara et al. |
| 5,421,859 | A | * | 6/1995 | Wienert ................. C22B 1/245 |
| | | | | 75/766 |
| 5,628,205 | A | * | 5/1997 | Rockenfeller ......... C09K 5/047 |
| | | | | 62/480 |
| 5,632,051 | A | | 5/1997 | Stanley et al. |
| 5,755,110 | A | | 5/1998 | Silvas |
| 6,128,795 | A | | 10/2000 | Stanley et al. |
| 6,132,455 | A | | 10/2000 | Shang |
| 6,210,427 | B1 | | 4/2001 | Augustine et al. |
| 6,226,820 | B1 | | 5/2001 | Navarro |
| 6,482,332 | B1 | | 11/2002 | Malach |
| 6,677,026 | B1 | | 1/2004 | Yates |
| 6,708,646 | B1 | * | 3/2004 | Wang ................... A01K 1/0158 |
| | | | | 119/28.5 |
| 6,855,410 | B2 | | 2/2005 | Buckley |
| 7,036,162 | B1 | | 5/2006 | Gatten |
| 7,324,340 | B2 | | 1/2008 | Xiong |
| 7,358,282 | B2 | | 4/2008 | Krueger et al. |
| 7,780,713 | B2 | | 8/2010 | Roberts |
| 8,381,495 | B2 | | 2/2013 | Fan et al. |
| 8,720,218 | B2 | * | 5/2014 | Prendergast ......... A01K 1/0353 |
| | | | | 62/529 |

| | | | |
|---|---|---|---|
| 2005/0288749 | A1 | 12/2005 | Lachenbruch |
| 2006/0272581 | A1 | 12/2006 | Dunn et al. |
| 2007/0061978 | A1 | 3/2007 | Losio |
| 2007/0246157 | A1 | 10/2007 | Mason et al. |
| 2008/0053109 | A1 | 3/2008 | Quincy et al. |
| 2009/0088825 | A1 | 4/2009 | Ota |
| 2009/0132013 | A1 | 5/2009 | Amalfi |
| 2010/0009128 | A1 | 1/2010 | Fan et al. |
| 2010/0280582 | A1 | 11/2010 | Baker et al. |
| 2011/0139406 | A1 | 6/2011 | Rizzo |

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 201452402 U | 5/2010 |
| JP | 2002233442 A | 8/2002 |
| JP | 3088754 U | 9/2002 |
| JP | 3115093 U | 11/2005 |
| KR | 20060097360 A | 9/2006 |
| KR | 100945294 B1 | 3/2010 |
| WO | 2009060876 A1 | 5/2009 |

#### OTHER PUBLICATIONS

Maze's LPR 2 3 initial non-infringement and invalidity contentions; US District Court Northern District of Illinois Eastern Division, case No. 1:15-cv-01138; filed Jun. 24, 2015.
Maze's Petition for Inter Partes Review of U.S. Pat. No. 8,720,218; United States Patent and Trademark Office in the United States Patent Trial and Appeal Board, IPR2016-00117, filed Oct. 30, 2015.
*The Green Pet Shop Enterprises LLC v Comfort Revolution, LLC*, In the United States District Court for the District of New Jersey, Civil Action No. 3:20-cv-02130, Appendix A to Defendants/ Counterclaimant's Initial Invalidity Contentions.
*The Green Pet Shop Enterprises LLC v Comfort Revolution, LLC*, In the United States District Court for the District of New Jersey, Civil Action No. 3:20-cv-02130, Appendix B to Defendants/ Counterclaimant's Initial Invalidity Contentions.
*The Green Pet Shop Enterprises LLC v Comfort Revolution, LLC*, In the United States District Court for the District of New Jersey, Civil Action No. 3:20-cv-02130, Comfort Revolution, LLC's Invalidity Contentions.
Wikipedia. Le Chatelier's principle. https://en.wikipedia.org/wiki/ Le_Chatelier%27s_principle#Effect_of_change_in_pressure.

* cited by examiner

<u>100</u>

150

Fig. 1



Fig. 2

100



Fig. 3



Fig. 4



150

Fig. 5

110B   150   110   115

140

Fig. 6

150   120   110A

110B

140

Fig. 7





Fig. 8

Fig. 9



Fig. 10



Fig. 11



Fig. 12



Fig. 13

US 11,375,685 B1

**1**

## PRESSURE ACTIVATED RECHARGING COOLING PLATFORM

### CROSS-REFERENCE TO RELATED APPLICATIONS

This is a continuation of U.S. application Ser. No. 17/540,395, filed Dec. 2, 2021, which is a continuation of U.S. application Ser. No. 15/850,700, filed on Dec. 21, 2017, now U.S. Pat. No. 11,219,191, which is a continuation of U.S. application Ser. No. 14/695,909, filed on Apr. 24, 2015, which is a continuation of U.S. application Ser. No. 14/226,393, filed on Mar. 26, 2014, now U.S. Pat. No. 9,226,474, which is a continuation of U.S. application Ser. No. 12/760,045, filed on Apr. 14, 2010, now U.S. Pat. No. 8,720,218. The contents of all related applications are incorporated by reference in their entirety herein.

### BACKGROUND

#### 1. Field of the Invention

The invention relates to temperature controlled platforms, particularly, cooling platforms for animals.

#### 2. Discussion of the Related Art

Pet beds serve as a place to rest or sleep, for pets such as cats and dogs. Many times, depending on the application, these pet beds are directed towards cooling or heating pets. These beds can be used during post-surgery recovery, dysplasia, or post-chemotherapy. Generally, these pet beds aid in the comfort and safety of the pet.

Many pet beds are known to have cooling mechanisms. Some pet beds provide a centralized cooling plate with no mechanism to circulate. These pet beds are electrically connected to a power source. Power sources often times fail, negating the "portable" aspect of a product. Further, such systems require heavy and complex equipment, and are not typically portable or user friendly.

There are other pet beds available which use alternative or "non-electric" means to cool a pet. These pet beds generally use ice packs. However, these ice packs eventually melt and need to be replaced. Accordingly, it is desirable to provide an improved cooling bed for pets.

### BRIEF DESCRIPTION OF THE DRAWINGS

The invention is described by way of example with reference to the accompanying drawings wherein:

FIG. **1** illustrates a top angled perspective of a cooling platform.

FIG. **2** illustrates a top view of a temperature regulation layer of the cooling platform.

FIG. **3** illustrates a cross-sectional view of the cooling platform.

FIG. **4** illustrates a detailed cross-sectional view of the cooling platform.

FIG. **5** illustrates a cross-sectional view of a channeled covering layer of the cooling platform.

FIG. **6** illustrates a detailed cross-sectional view of an alternative embodiment of the cooling platform.

FIG. **7** illustrates a detailed cross-sectional view of the alternative embodiment of the cooling platform.

FIG. **8** illustrates a top angled perspective of an alternative embodiment of the cooling platform.

**2**

FIG. **9** illustrates a cross-sectional perspective of the alternative embodiment of the cooling platform.

FIG. **10** illustrates a cross-sectional perspective of an alternative embodiment of the cooling platform.

FIG. **11** illustrates a detailed cross-sectional view of the alternative embodiment of the cooling platform.

FIG. **12** illustrates a cross-sectional perspective of an alternative embodiment of the cooling platform.

FIG. **13** illustrates a detailed cross-sectional view of the alternative embodiment of the cooling platform.

### DETAILED DESCRIPTION

The present invention is now described with reference to figures where like reference numbers indicate identical or functionally similar elements. While specific configurations and arrangements are discussed, it should be understood that this is done for illustrative purposes only. A person skilled in the relevant art will recognize that other configurations and arrangements can be used without departing form the spirit and scope of the invention.

The invention described herein is multilayered. Each layer, in an embodiment, is bonded to the next layer in some fashion, in that, each layer is comprised of a first and a second side and is bonded to the respective side accordingly. As such, the term "bonded" refers to the joining, adhering, affixing, connecting, attaching, threading or the like, through chemical, mechanical or electrical avenues, of at least two elements of a cooling platform, such that the elements tend to be and remain bonded during normal use conditions of the cooling platform.

FIG. **1** illustrates a cooling platform **100**. The cooling platform **100** is comprised of a temperature regulation layer **110** (illustrated in FIG. **2**), a support layer **140** (illustrated in FIG. **3**), and a channeled covering layer **150**.

FIG. **2** illustrates the temperature regulation layer **110** in more detail. The temperature regulation layer **110** is adapted to hold a composition **110A** (illustrated in FIG. **3**) and provides temperature regulation to the cooling platform **100**. The temperature regulation layer **110** has an angled segment **120**, which includes a top side and a bottom side (illustrated FIG. **8** and FIG. **9**). The angled segment **120** is formed by channels **130** and includes a sealed perimeter.

In an embodiment, and as illustrated in FIG. **2**, the temperature regulation layer **110** includes a plurality of angled segments **120** formed by a plurality of channels **130**. The channels **130** effectively space the top and bottom sides of each angled segment **120** at a predefined distance. In an embodiment, the predefined distance can equal zero, thus completely forming each angled segment **120** and cutting off any interconnection or communication therein.

In another embodiment, that predefined distance can be measured depending on the object using the cooling platform **100**. In this embodiment, the predefined distance allows for interconnection between the angled segments **120** of the composition **110A** (including pressure portions **110B** as seen in FIG. **6** and FIG. **7**). In this embodiment, the interconnection would apply to those angled segments **120** within the perimeter of the temperature regulation layer **110**, as the perimeter is sealed.

The cooling platform **100** is adapted to provide cooling to a wide variety of objects. As used herein, the term "object" can mean a variety of things including but not limited to domestic animals, such as cats and dogs. The use of the cooling platform **100** can extend to human use in vehicles or similar circumstances calling for such regulation. Generally,

US 11,375,685 B1

3

the cooling platform 100 can be used for anything that needs or requires either heat, cool or temperature regulation.

FIG. 3 and FIG. 4 illustrate a cross-section of the cooling platform 100, which includes the support layer 140. The support layer 140 is substantially bonded to the bottom side of the temperature regulation layer 110. The support layer 140 comprised of material sufficiently pliable to deform and sufficiently rigid to withstand collapse in response to the weight of the object.

In an embodiment, the support layer 140 can be made from polyurethane foam, elastomer foam, memory foam, or other suitable material. In another embodiment, the support layer 140 is made of an orthopedic foam, of a consistency designed to protect joints and provide appropriate support to the skeletal system.

In an embodiment, the support layer 140 can include soft, pliable, and removable stuffing material to provide cushioning, allowing a user to establish the firmness or softness desired. Such material can include synthetic pillow stuffing such as polyester filling, or can include feathers such as goose or duck down. As a further embodiment, the support layer 140 can include a combination of dense foam and softer pillow stuffing. It is contemplated that different types of cushioning can be utilized for different types, sizes, and weight of objects.

FIG. 3 and FIG. 4 further illustrate the composition 110A within the temperature regulation layer 110. The composition 110A serves to control the temperature of the cooling platform 100. The cooling platform 100 can handle a range of different temperatures depending on the object in use. This can mean that the composition 110A can encompass a variety of cooling and heating compounds.

In an embodiment, the composition 110A can be activated by a wide variety of means, e.g., the addition of water. In this embodiment, the composition 110A can include ammonium nitrate and distilled water.

In another embodiment, the composition 110A can be activated by pressure, wherein the pressure of an object sitting on the cooling platform 100 activates the composition 110A, triggering an endothermic process and subsequent cooling. Upon the release of that pressure, the composition 110A undergoes a subsequent recharge, essentially the reverse of the initial reaction. The above is consistent with Le Chatelier's principle, in that, the reaction reverses upon the application or absence of pressure. In this embodiment, the composition 110A is comprised of: thirty percent carboxmethyl cellulose; twenty percent water; thirty-five percent polyacrylamide; and at least fifteen percent alginic acid. The aforementioned composition 110A also provides a cooling effect for an increased duration over other known compositions.

FIG. 5 illustrates a cross-section of the channeled covering layer 150. The channeled covering layer 150 can encompass both the support 140 and temperature regulation layers 110. The channeled covering layer 150 can comprise a piece of fabric or netting, which can include, but is not limited to, plastic, nylon or cloth netting, or a micro-fiber material with a waterproof layer.

The fabric or netting can allow circulated air to penetrate and escape to the surface, effectuating the cooling process. The fabric or netting can be air tight or resistant to air penetration, to provide indirect cooling. In another embodiment, the channeled covering layer 150 can be made of a firm material, such as plastic, which retains its shape when sat upon by an object. Additionally, the channeled covering layer 150 can include padding to provide a comfortable seating surface.

4

In an embodiment, the channeled covering layer 150 can be easily removed via a bottom and/or zipper or any other similar means attached thereto. The channeled covering layer 150 can be made of material such that it can be easily replaced with a different top portion made of another material (and/or having different thickness) as desired. Further, in an embodiment, the channeled covering layer 150 can contain antibacterial, stain resistant, chew resistant, and/or anti flea materials.

FIG. 6 and FIG. 7 illustrate an alternative embodiment of the invention. In this embodiment, the temperature regulation layer 110 includes a pressure portion 110B. The pressure portion 110B allows for the ability to increase or decrease the firmness of the temperature regulation layer 110 and thus the cooling platform 100 by the addition of gases such as oxygen. This feature can be predetermined or varied as set forth below.

In an embodiment, the pressure portion 110B can include a means for inflating or deflating 115 the pressure portion 110B and the temperature regulation layer 110. The means for inflating and deflating 115 can include a variety of structures designed for air intake and out take. Often, the structures involved in such means include a protruding valve stem and a cap. The valve stem can be connected or coupled with a threaded portion for attachment to a mechanical or electrical pump, or can be comprised of a plastic valve allowing for human pressure inflation.

In an embodiment, the means for inflating or deflating can interconnect the pressure portions 110B held within the plurality of angled segments 120. In another embodiment, each pressure portion 110B can be provided for individually within each angled segment 120 at either a fixed pressure or established using the above mentioned interconnected means.

FIG. 8 and FIG. 9 illustrate an alternative embodiment of the invention. In this embodiment, the temperature regulation layer 110 is adapted to hold a composition 110A in a single angled segment 120. Therefore, the temperature regulation layer 110 becomes the single angled segment 120. The perimeter of the angled segment 120, which includes a top side and a bottom side, is sealed preventing the composition 110A from leaking.

FIGS. 10 and 11 illustrate another alternative embodiment of the invention. In this particular embodiment, the temperature regulation layer 110/120 is adapted to hold the composition 110A. In this embodiment, the temperature regulation layer 110/120 has an angled segment 120 formed as described herein. However, this embodiment does not include the channeled covering layer 150 as well as support layer 140.

FIGS. 12 and 13 illustrate another embodiment of the invention. In this embodiment, the temperature regulation layer 110 adapted to hold the composition 110A, has a plurality of angled segments 120. And as already described herein, the angled segments 120 are formed by a top side and a bottom side at a predefined distance, and by channels 130. In an embodiment, the channels 130 may completely segment the plurality of angled segments 120.

As mentioned in conjunction with the channeled covering layer 150, the temperature regulation layer 110 may be comprised of similar materials making up the channeled covering layer 150. The temperature regulation layer 110, in an embodiment, may also be plastic or of similar material, and in another embodiment be such that the composition 110A is viewable through clear material.

In use, the cooling platform 100 is able to regulate the temperate of an object. The object contacts the channeled

US 11,375,685 B1

<table>
<tr><td>5</td><td>6</td></tr>
</table>

covering layer **150** exerting pressure over the cooling plat-form **100**. The support layer **140** is designed to be suffi-ciently pliable to deform and sufficiently rigid to withstand collapse in response to the weight of the object. As stated herein, the support layer **140** can be comprised of a wide variety of components.

Depending on the composition **110**A used, the tempera-ture regulation layer **110** transfers heat from the object. In further effectuating heat transfer, the channels **130** have at least two advantages. First, the channels **130** are designed to mix air with the cooling process between the object and the channeled covering layer **150**. Second, the channels **130** substantially prevent or minimize the composition **110**A from being pushed out of the angled segment **120**. Obvi-ously, in other embodiments presented herein, the angled segments **120** can be completely segmented, fully prevent-ing such an issue. The channeled covering layer **150** also aids in effectuating heat transfer from the object by its composition of channels. Of course, the degree of such aid depends in large part on the type of material used with the cooling platform **100**.

In adjusting to accommodate the object, the pressure portions **110**B are used. As stated above, the pressure portions **110**B can be individual and predetermined or variable and interconnected. Thus, the interconnected pres-sure portions **110**B can be varied through the means for inflating and deflating **115**. Also, as stated herein, the chan-neled covering layer **150** can provide a degree of comfort and firmness depending on the material used, lending to the overall versatility of the cooling platform **100**.

The invention contains a large amount of advantages. An advantage of the invention is the composition **110**A . The composition **110**A is able to be re-used without the need for electricity, refrigeration, additional treatments, or extrane-ous equipment. The advantage stems from the components within the composition **110**A, which effectively keep a temperature of 3-4 degrees Fahrenheit lower than body temperature. This particular composition **110**A is able to recharge after the alleviation of pressure (after the object moves). This particular advantage further allows for low-cost and eco-friendly solutions to temperature regulating and aids in the "mobility" aspect of the invention by not requir-ing input from other sources and by virtue of being a non-toxic substance.

Another advantage of the invention is the unique design. The design enhances and optimizes the cooling perfor-mance. The channels **130** allow for a mixture of air flow between the object and the cooling platform **100**, effectively cooling the object at a quicker rate. Furthermore, the pres-ence of the predefined distance from the top and bottom of the angled segment **120**, essentially prevents the dispersion of the composition **110**A from the pressure the object exerts on the cooling platform **100**. The overall effect increases the rate of cooling on the targeted object.

Another advantage of the invention is the interconnected pressure portions **110**B. The pressure portions **110**B provide the ability to increase or decrease the overall pressure of the cooling platform **100**. This feature is particularly advanta-geous given the large variation in object weight.

While certain exemplary embodiments have been described and shown in the accompanying drawings, it is to be understood that such embodiments are merely illustrative and not restrictive of the current invention, and that this invention is not restricted to the specific constructions and arrangements shown and described since modification can occur to those ordinarily skilled in the art.

What is claimed is:

**1**. A cooling platform comprising:
a temperature regulation layer comprising a cooling com-position that absorbs heat when activated and releases heat when deactivated,
wherein the cooling composition undergoes an endother-mic reaction when activated,
wherein the endothermic reaction is activated at least partially by an application of pressure, and
wherein the cooling platform is repeatedly activatable and deactivatable.

**2**. The cooling platform as recited in claim **1**, wherein the temperature regulation layer has a top side, a bottom side, at least one angled segment, and at least one channel.

**3**. The cooling platform as recited in claim **2**, wherein the cooling composition is between the top side and the bottom side.

**4**. The cooling platform as recited in claim **1**, wherein the cooling composition does not require refrigeration or freez-ing prior to use.

**5**. The cooling platform as recited in claim **1**, further comprising a support layer, wherein the support layer com-prises an elastic material that deforms and reforms upon an application and a release of pressure, respectively.

**6**. The cooling platform as recited in claim **5**, wherein the support layer is secured to a bottom side of the temperature regulation layer.

**7**. The cooling platform as recited in claim **1**, further comprising a covering layer, wherein the covering layer at least partially encompasses the temperature regulation layer.

**8**. The cooling platform as recited in claim **1**, wherein the cooling composition includes polyacrylamide.

**9**. The cooling platform as recited in claim **1**, wherein the cooling composition includes alginic acid.

**10**. The cooling platform as recited in claim **1**, wherein the cooling composition activates at least in part upon the application of the pressure and undergoes a subsequent recharge upon a release of the pressure.

**11**. The cooling platform as recited in claim **1**, further comprising a support layer that is bonded to a bottom side of the temperature regulation layer.

**12**. The cooling platform as recited in claim **11**, wherein the support layer comprises an elastic material that deforms and reforms upon an application and a release of pressure, respectively.

**13**. The cooling platform as recited in claim **12**, wherein the elastic material is a foam.

**14**. A cooling platform comprising:
a temperature regulation layer comprising a cooling com-position,
wherein the cooling composition does not require elec-tricity, refrigeration, or freezing prior to use,
wherein the cooling composition undergoes an endother-mic reaction upon activation to absorb heat,
wherein the endothermic reaction is activated at least partially by an application of pressure,
wherein the cooling composition undergoes an exother-mic reaction upon deactivation to release heat,
wherein the exothermic reaction is achieved by removing the pressure, and
wherein the cooling platform is repeatedly activatable and deactivatable.

**15**. The cooling platform as recited in claim **14**, further comprising a support layer secured to a bottom side of the temperature regulation layer.

**16**. The cooling platform as recited in claim **15**, wherein the support layer includes a foam.

US 11,375,685 B1

7

8

**17**. The cooling platform as recited in claim **14**, further comprising a covering layer positioned over a top side of the temperature regulation layer.

**18**. The cooling platform as recited in claim **14**, wherein the temperature regulation layer includes at least one angled segment, at least one channel, and a sealed perimeter.

**19**. The cooling platform as recited in claim **14**, wherein at least a portion of the cooling composition is viewable through the temperature regulation layer.

**20**. A cooling platform comprising:

a temperature regulation layer including a top side, a bottom side, and at least one angled segment;

a cooling composition between the top side and the bottom side,

wherein the cooling composition absorbs heat when activated and releases heat when deactivated,

wherein the cooling composition activates at least in part upon an application of pressure and deactivates at least in part upon a release of the pressure;

a support layer secured to the bottom side; and

a covering layer positioned over the top side,

wherein the cooling platform is repeatedly activatable and deactivatable.

* * * * *

# EXHIBIT 3



Type to search...

New & Now    Five Beyond    Room    Toys & Games    Tech    Beauty    Style    Arts & Crafts    Candy & Snacks    Pet Supplies    Sports    Books    Party Shop    Clearance

Shop us online now or visit one of our 1,700+ stores across the US! find a store



FIVE BEYOND

Click to enlarge

    

## Pet Cooling Mat 25.5in X 19.5in

### $8.00

Style: Anchors





In-Store Pickup
Currently Unavailable



Ship to Home
Arrives in 5-7 business days
Low Stock

Ship to Home Available
Get it in 5-7 Business Days

Check availability in nearby stores

1    Add to Cart

Limit 2 per order

Product description

- It's NEW, it's beyond $5 and still waaay below the rest! (but blink, and it's gone!)
- In hot weather, give your dog (or cat) the Pet Cooling Mat! Give them some cooling relief from the heat with a dog mat filled with cooling gel.
- Filled with non-toxic cooling gel.
- Size: 25.5in x 19.5in x 0.2in
- Max weight limit: 110lbs

item #9125863